IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 4:23-CR-00162 |
| v. | : | |
| | : | |
| MATHEW LAMPI, | : | (MEHALCHICK, C.M.J.) |
| Defendant. | : | |

### ORDER FOR WARRANT

NOW, this __13th__ day of June 2023, upon request of the United States Attorney for the Middle District of Pennsylvania, it is hereby

ORDERED that a warrant be issued for the arrest of the above-named defendant, **MATHEW LAMPI**.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

FILED
SCRANTON

JUN 13 2023

PER ___JKL___
DEPUTY CLERK

_____
KAROLINE MEHALCHICK
U.S. CHIEF MAGISTRATE JUDGE