UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:23-CR-00162 |
| | ) | |
| | ) | (BRANN, C.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| MATHEW LAMPI, | ) | |
| Defendant | ) | |

FILED
WILLIAMSPORT

JUN 27 2023

PER _____
DEPUTY CLERK

**PLEA**

AND NOW, this 27th day of June 2023, the within named Defendant, hereby enters a plea of _Not Guilty_ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)