IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM NO. 4:23-CR-00162 |
| v. | : | |
| | : | |
| MATHEW LAMPI | : | (Chief Judge Brann) |
| Defendant. | : | |

## MOTION TO CORRECT INDICTMENT/ADDITIONAL FILINGS

COMES NOW, the United States of America, by its undersigned counsel, moves to correct a typographical error on the Indictment and subsequent filings in the above captioned case.   In support of this motion, the United States alleges as follows:

1.     On June 13, 2023, an Indictment was filed against the above-named defendant.

2.     Following the filing of this Indictment, the United States realized that the name the defendant, **MATTHEW LAMPI,** was spelled incorrectly. The correct spelling should be **MATHEW LAMPI**.

3.     Counsel for Mathew Lampi has no objection to the correction of the typographical error.

Wherefore, the United States requests that the Court grant its Motion to Correct Indictment and other filings, Docket 4:23-CR-162,

and enter an order correcting and amending the Indictment and other filings to reflect the name change as noted above.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

February 23, 2024

s/ Sean A. Camoni
SEAN A. CAMONI
Assistant United States Attorney
Office of the U.S. Attorney
Suite 311, 235 North Washington Ave.
Scranton, PA 18501
T: 570-348-2800 / F: 570-348-1908

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM NO. 4:23-CR-00162 |
| v. | : | |
| | : | |
| MATHEW LAMPI | : | (Chief Judge Brann) |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.   That on this Friday, February 23, 2024, she served a copy of the attached

## MOTION TO CORRECT INDICTMENT/ADDITIONAL FILINGS

by electronic means to:
Addressee:
Joseph D'Andrea, Esquire


Dated:   February 23, 2024        s/ Terri L. Pendolphi
                                 Terri L. Pendolphi
                                 Legal Assistant

3

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM NO. 4:23-CR-00162 |
| v. | : | |
| | : | |
| MATHEW LAMPI | : | (Chief Judge Brann) |
| Defendant. | : | |

## CERTIFICATE OF CONCURRENCE

I, Assistant U.S. Attorney Sean A. Camoni, certify that I have contacted Joseph D'Andrea, Esquire, counsel for the defendant, who does not oppose the government's motion.


Date: February 23, 2024

/s/ Sean A. Camoni
SEAN A. CAMONI
Assistant United States Attorney
William J. Nealon Federal Building
235 N. Washington Ave., Suite 311
Scranton, PA 18503
P: 570.348.2800
F: 570.348.2037

4